

**Littler Mendelson P.C.**
900 Third Avenue
New York, NY 10022-3298

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023

Craig R. Benson, Esq.
212.583.2682 main
212.832.2719 fax
cbenson@littler.com

May 15, 2023

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: May 16, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Room 12B
New York, New York 10007-1312

Re:   *Hector Lopez, et al. v. Capsule Corporation*
      Civil Case No. 1:23-cv-02874 (JHR)

Dear Judge Rearden:

    This firm represents the Defendant Capsule Corporation in the above-referenced action. With consent of plaintiff's counsel, we write to respectfully request a 30-day extension of Defendant's time to answer, move or otherwise respond to plaintiff's Complaint (currently due to be filed on May 15, 2023) until June 14, 2023.

    This is the Defendant's first request for an extension of time. This extension is necessary to provide Defendant's appropriate time to review Plaintiff's complaint, which purports to be an FLSA Collective Action and Rule 23 Class Action, and investigate the facts and claims raised therein. This extension will not impact any upcoming deadlines or dates. It will also allow for settlement discussions and the potential early and amicable resolution of this matter.

    Thank you for the Court's time and consideration of this request.

Respectfully submitted,


*/s/ Craig R. Benson*

Craig R. Benson


cc:  All attorneys of record (via ECF)